IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER L. WOOLFOLK,

Plaintiff,

v.

WARDEN DARRELL JOHNSON, et al.,

Defendants.

CIVIL ACTION FILE
NO. 1:19-CV-907-TWT

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Plaintiff has already had one extension of time to file his objections to the Report and Recommendation. He did not file any objections within the time allowed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Motion to Appoint Counsel [Doc. 13] and Motion to Continue [Doc. 14] are DENIED.

SO ORDERED, this 27 day of June, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

t:\orders\19\woolfolk\r&r.docx